

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-23-00030-CV

KYLE JENKINS AND ANGELIQUE TEAGUE, APPELLANTS

V.

SUN RIVER RIDGE, LP, APPELLEE

On Appeal from the County Court at Law No. 1
Travis County, Texas
Trial Court No. C-1-CV-22-002696, Honorable Eric Shepperd, Presiding

October 23, 2023

MEMORANDUM OPINION

Before QUINN, C.J., and PARKER and DOSS, JJ.

Appellants, Kyle Jenkins and Angelique Teague, appeal from the trial court's *Final Judgment and Order of Possession*.[1]  Now pending before this Court is the parties' "Joint Motion to Vacate County Court Judgment and Dismiss Case."  The motion states that the parties have executed a settlement agreement.  And, the parties request that this Court

---

[1] Originally appealed to the Third Court of Appeals, this appeal was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts.  *See* TEX. GOV'T CODE ANN. § 73.001.

render judgment "vacating the County Court at Law judgment" and dismiss the appeal per Rule of Appellate Procedure 42.1(a)(2)(A). In accordance with the motion signed by the parties, we grant the joint motion, render judgment vacating the trial court's judgment without regard to its merits, and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(2)(A), 43.2(e). The appeal is dismissed. As requested by the parties, costs shall be taxed against the parties who incurred them. *See* TEX. R. APP. P. 42.1(d). No motion for rehearing will be entertained and our mandate will issue forthwith.

Per Curiam